**No. 09-796. Michael Neuman, Petitioner v. California.**

559 U.S. 973, 130 S. Ct. 1707, 176 L. Ed. 2d 184, 2010 U.S. LEXIS 2026.

March 1, 2010. Petition for writ of certiorari to the Court of Appeal of California, Fourth Appellate District, Division Two, denied.

Same case below, 176 Cal. App. 4th 571, 97 Cal. Rptr. 3d 715.

**No. 09-829. Loren David, Petitioner v. Monsanto Company, et al.**

559 U.S. 973, 130 S. Ct. 1713, 176 L. Ed. 2d 184, 2010 U.S. LEXIS 2101.

March 1, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Federal Circuit denied.

Same case below, 334 Fed. Appx. 326.

**No. 09-831. Joni Mihelich, Petitioner v. Active Plumbing Supply Co.**

559 U.S. 973, 130 S. Ct. 1713, 176 L. Ed. 2d 184, 2010 U.S. LEXIS 2174.

March 1, 2010. Petition for writ of certiorari to the Court of Appeals of Ohio, Cuyahoga County, denied.

**No. 09-833. Thomas P. Lewis, Petitioner v. United States, et al.**

559 U.S. 973, 130 S. Ct. 1713, 176 L. Ed. 2d 184, 2010 U.S. LEXIS 2082.

March 1, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

Same case below, 336 Fed. Appx. 535.

**No. 09-853. Ariel Friedlander, Petitioner v. Port Jewish Center.**

559 U.S. 973, 130 S. Ct. 1714, 176 L. Ed. 2d 184, 2010 U.S. LEXIS 2200.

March 1, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied.

Same case below, 347 Fed. Appx. 654.

**No. 09-855. Freddie L. Fulson, Petitioner v. Larry J. McClatchey, Trustee.**

559 U.S. 973, 130 S. Ct. 1714, 176 L. Ed. 2d 184, 2010 U.S. LEXIS 2169.

March 1, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

**No. 09-860. Mona Pradier, Petitioner v. United States Postal Service.**

559 U.S. 973, 130 S. Ct. 1732, 176 L. Ed. 2d 184, 2010 U.S. LEXIS 2179.

March 1, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Federal Circuit denied.

Same case below, 334 Fed. Appx. 327.

**No. 09-867. Donald L. Morrison, Petitioner v. United States.**

559 U.S. 973, 130 S. Ct. 1715, 176 L. Ed. 2d 184, 2010 U.S. LEXIS 2010.

March 1, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 333 Fed. Appx. 741.

**No. 09-869. Don Benny Anderson, Petitioner v. Federal Bureau of Investigation.**

559 U.S. 973, 130 S. Ct. 1716, 176 L. Ed. 2d 184, 2010 U.S. LEXIS 2160.

March 1, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

**No. 09-874. Kenneth L. Woodworth, Petitioner v. Ray Mabus, Secretary of the Navy.**

559 U.S. 973, 130 S. Ct. 1716, 176 L. Ed. 2d 184, 2010 U.S. LEXIS 2173.

March 1, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Federal Circuit denied.

Same case below, 329 Fed. Appx. 281.